Robert S. Wagner, OSB #84411
Kenneth D. Renner, OSB #69145
MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, OR 97210-3408
Telephone: (503) 299-6116
Facsimile: (503) 299-6106
E-mail: rsw@miller-wagner.com

     Of Attorneys for Defendant City of Scappoose

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ROBIN CHRISTINE HALL, | ) |
|                Plaintiff, | ) Case No. 04-CV-870-ST |
| v. | ) |
| CITY OF SCAPPOOSE a Municipal Corporation of the State of Oregon and DOUGLAS GREISEN, | ) STIPULATED ORDER FOR DISMISSAL |
|                Defendants. | ) |

The parties hereto, by counsel, stipulate that this action, together with plaintiff's Complaint and all claims contained therein, may be dismissed with prejudice and without costs to any party.

Dated: 12-30-04

By: _____
Victor Calzaretta, OSB #82213
Of Attorneys for Plaintiff
503-241-9360

Dated: 1/5/05

By: _____
Kenneth D. Renner, OSB #69145
Of Attorneys for Defendant
City of Scappoose
503-299-6116

Dated: 1-3-5

By: _____
John D. Ostrander, OSB #87394
Of Attorneys for Defendant Greisen
503-224-7656

Page 1 -   STIPULATED ORDER FOR DISMISSAL

MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, Oregon 97210-3408
(503) 299-6116

IT IS SO ORDERED this 6th day of January, 2005.

_____
U.S. District Judge

Page 2 -    STIPULATED ORDER FOR DISMISSAL

**MILLER & WAGNER** LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, Oregon 97210-3408
(503) 299-6116